Prepared by State Reporter from Appeal Papers

Pyrites, N. Y., any wood, pulp, paper, ground wood or any pulpy substance in such quantities as to work any damage to the plaintiff, and as modified affirmed, with costs to the respondent.

Concur: HISCOCK, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CLARA UNDERHILL, an Infant, by HELEN U. DOLL, Her Guardian ad Litem, Respondent, *v.* FRANK MAJOR, Appellant.

*Negligence — gasoline service station — injury to passenger in automobile from fire caused by pumping gasoline into tank in close proximity to lighted lantern.*

*Underhill* v. *Major*, 220 App. Div. 173, affirmed.

(Argued December 6, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 15, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, who operated a gasoline service station. It was alleged that his servant or agent pumped gasoline into an automobile tank in such close proximity to a lighted lantern that the gasoline caught fire and plaintiff, a passenger in the automobile, was burned.

*Ford White* for appellant.

*Charles W. Strong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.